IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV507-025
)
MELBA H. FIVEASH, )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff Franklin L. Williams's Motion to Reinstate Appeal. (Doc. 48.) After a review of Plaintiff's motion and the record in this case, the Court can discern no grounds for relief. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 16th day of March 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
3/16/2015
Deputy Clerk